IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-00978-MSK-KMT

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DENNIS WAGNER,
CAROL WAGNER, and
KEY BANK,

    Defendants.

_____

**ORDER GRANTING, IN PART, MOTION TO
MODIFY TRIAL PREPARATION ORDER**
_____

**THIS MATTER** comes before the Court pursuant to the Plaintiff's Motion to Stay Certain Dates in the Pre-Trial Preparation Order **(# 40)**.

No good cause has been shown for the requested relief, namely, a suspension of all pending deadlines and scheduled hearings. However, the Court finds that it is appropriate to suspend that portion of the Trial Preparation Order **(# 18)** that directs a filing of a Proposed Pretrial Order in advance of the scheduled Pretrial Conference. Accordingly, the Motion **(# 40)** is

**GRANTED IN PART**, insofar as the Court modifies the Trial Preparation Order to omit the requirement that the parties file a Proposed Pretrial Order, and **DENIED IN PART**, in all other respects.

Dated this 1st day of April, 2008

BY THE COURT:

*Marcia S. Krieger*

Marcia S. Krieger
United States District Judge