IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Kathleen M. Tafoya, U.S. Magistrate Judge**

Civil Action No. 07-cv-00978-MSK-KMT

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DENNIS WAGNER,
CAROL WAGNER, and
KEY BANK,

    Defendants.

---

**ORDER**

---

This matter is before the court on Plaintiff United States of America's "Motion to Amend Complaint" [Doc. No. 58, filed September 5, 2008]. Responses to the motion were due on or before September 25, 2008. None were filed.

This action, filed by the United States, seeks to enforce a judgment against Defendant Dennis Wagner obtained as a result of federal income tax assessments in the amount of $371,992.62 by foreclosure against real property located at 4820 Crest Road, Fort Collins, Colorado 80526 ("Crest Property"). The case has been pending since May, 2007 and the foreclosure is the only remaining claim.

The plaintiff has requested that the court deny without prejudice its Motion for Entry of Default Judgment at this time and provide for a ninety day period of discovery within which the plaintiff will attempt to obtain additional information from defaulted defendant Key Bank. The court agrees that this is a prudent course of action.

Therefore, it is ORDERED

1. United States of America's "Motion for Entry of Default Judgment Against Key Bank" [Doc. No. 52] is DENIED without prejudice.

2. Discovery will be re-opened for the limited purpose of clarifying Key Bank's legal interest, if any, in the property at issue in this case. The discovery period will be concluded on or before January 8, 2009.

3. Plaintiff will file a status report outlining its findings with respect to the Key Bank interest in the subject property and will file any further motions deemed appropriate on or before January 9, 2009.

Dated this 10th day of October, 2008.

**BY THE COURT:**

Kathleen M. Tafoya
United States Magistrate Judge