IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-00978-MSK-KMT

UNITED STATES OF AMERICA,

  Plaintiff,

v.

DENNIS WAGNER,
CAROL WAGNER,
KEY BANK, and
COLORADO DEPARTMENT OF REVENUE,

  Defendants.
_____

**ORDER GRANTING MOTION TO DISMISS DEFENDANT HOME FEDERAL
SAVINGS & LOAN ASSOCIATION OF THE ROCKIES**
_____

  THIS MATTER comes before the Court on Plaintiff's Motion to Dismiss Defendant Home Federal Savings & Loan Association of the Rockies (Motion) **(#67)**. The Court, having reviewed the Motion

  **HEREBY ORDERS** that the Motion is **GRANTED**. Any and all claims against Defendant Home Federal Savings & Loan are hereby dismissed without prejudice. Each party shall bear his, her or its own costs. All future captions shall omit Defendant as a party.

  DATED this 10th day of February, 2009.

            BY THE COURT:

            *Marcia S. Krieger*
            _____

            Marcia S. Krieger

United States District Judge