IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-00978-MSK-KMT

UNITED STATES OF AMERICA,

      Plaintiff,

v.

DENNIS WAGNER,
CAROL WAGNER, and
KEY BANK,

      Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Motion for Leave to File Surreply to Reply to Response to Motion to Intervene" (Doc. No. 104, filed May 5, 2011) is GRANTED. The Clerk of Court shall file the Surreply (Doc. No. 104-1).

Dated: May 9, 2011