IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-00978-MSK-KMT

UNITED STATES OF AMERICA,

        Plaintiff,

v.

CAROL WAGNER; and
BAC HOME LOANS SERVICING, LP,

        Defendants.
_____

ORDER GRANTING MOTION FOR DISBURSEMENT OF FUNDS
_____

**THIS MATTER** comes before the Court pursuant to the United States' Motion for Disbursement of Funds (**# 117**). The motion is granted.

The Clerk of the Court shall disburse the total of all funds, including principal and accrued interest, registered with the Court in conjunction with this case as follows:

    1. The Clerk shall set aside from all subsequent calculations in this Order the sum of $70,000 of the funds. That $ 70,000 sum shall remain on deposit with the Court pending further proceedings in this matter.

    2. From the remaining funds after step (1), the Clerk shall make payment in the amount of $712.16 to:

        Lee Routledge
        Internal Revenue Service
        400 Rood
        Grand Junction, CO 81501

    3. From the funds remaining after steps (1) and (2), the Clerk shall make payment in the

amount of $ 3,640.46 to:

> Larimer County Treasurer
> 200 W. Oak Street
> Fort Collins, CO 80522

4. After performing steps (1), (2), and (3), the Clerk shall divide the remaining funds equally in half, and shall make payment of one-half of those remaining funds by check made out to "United States Treasury" and sent to:

> Tax FLU, Office of Review
> Department of Justice
> PO Box 310
> Ben Franklin Station
> Washington, DC 20044-0310

The United States shall credit the funds received pursuant to this step against the judgment in its favor against Dennis Wagner.

5. The remaining funds (*i.e.* 50% of the sum remaining after steps (1), (2), and (3) have been performed), shall be paid to:

> Carol Wagner
> 1112 Oakridge Dr. # 104
> PMB 10
> Fort Collins, CO 80525

Dated this 5th day of October, 2011

**BY THE COURT:**

_____

Marcia S. Krieger
United States District Judge