IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-00978-MSK-KMT

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CAROL WAGNER, and
BAC HOME LOANS SERVICING, LP,

    Defendants.

## ORDER

This matter is before the court for scheduling of discovery between Plaintiff and BAC Home Loans Servicing, LP, ("BAC") on the issue of BAC's alleged entitlement to certain proceeds from a foreclosure sale initiated by the Plaintiff for collection of tax liens. Having read the parties' Status Reports [Doc. Nos. 126 and 127] and being otherwise fully advised, the following discovery schedule is hereby set:

    26(a)(1) disclosures:    **November 8, 2011**

    Discovery Deadline:    **January 9, 2012**  (written discovery must be served so that responses are due 33 days prior to discovery deadline)

    Dispositive Motion Deadline: **January 23, 2012**

    Affirmative Expert Witness
    Disclosure:    **November 25, 2011**

      Rebuttal Expert Witness
Disclosure:  **December 12, 2011**

Each party will be allowed no more than 25 interrogatories, including subparts, 10 Requests for Production of Documents and 20 Requests for Admission.  Each party will be allowed up to two depositions (excluding experts) with no deposition lasting in excess of seven hours.

SO ORDERED this 26th  day of October, 2011.

BY THE COURT:

*[signature]*

Kathleen M. Tafoya
United States Magistrate Judge